In the Matter of the Estate of ELRIC W. MONTY, Deceased.

EDWARD BRUNELL et al., as Administrators of the Estate of ELRIC W. MONTY, Deceased, Appellants; EDNA A. BAXTER, Respondent.

Argued October 13, 1942; decided November 25, 1942.

*Harold A. Jerry* for appellants.

*F. Claude O'Connell* and *Harold F. Tucker* for respondent.

Order of Appellate Division reversed and that of Surrogate's Court affirmed, with costs in this court and in the Appellate Division to all parties filing separate briefs payable out of the estate, on the ground that the weight of evidence lies with the decision of the Surrogate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.